UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20825-JAL

JACINTO MORALES,

 Plaintiff,

v.

BROADBAND TECHNICAL
RESOURCES, INC. and
GARY W. BLOUNT,

 Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

 Defendants Broadband Technical Resources, Inc. and Gary W. Blount (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorney, pursuant to and in compliance with this Court's March 7, 2017 Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act and Referral to Magistrate Judge for Settlement Conference [DE 8], hereby respond to Plaintiff's Statement of Claim, and say:

 1. Defendant Gary W. Blount was not Plaintiff's "employer," as that term is defined by applicable law.

 2. During his employment with Defendant Broadband Technical Resources, Inc., Plaintiff was exempt from the overtime provisions of the FLSA.

 3. If it is determined that Defendants failed to pay Plaintiff any required overtime compensation, which is expressly denied, such action was not willful. Defendants acted in good faith when calculating all payments owed to Plaintiff and, as such, a three-year statute of limitations is inappropriate in this matter, as are liquidated damages.

4. Plaintiff failed to raise any issue regarding his pay during his employment with Defendant Broadband Technical Resources, Inc. and Defendant Broadband Technical Resources, Inc. relied on Plaintiff's implied assertions that he was correctly paid for all work.

5. Plaintiff is claiming he worked 75 hours per week for his entire period of employment. Defendants strenuously deny such a claim. Moreover, to the extent Plaintiff affirmatively reported otherwise during his employment with Defendant Broadband Technical Resources, Inc., Defendants reasonably relied on Plaintiff's representations.

Dated:  April 18, 2017

                                        s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
alyons@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515

Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of April, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Angelique Groza Lyons
                                              Attorney for Defendants

## SERVICE LIST

**JACINTO MORALES v. BROADBAND TECHNICAL RESOURCES, INC.,
and GARY W. BLOUNT
CASE NO.: 1:17-cv-20825-JAL**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone:  305-865-6766
Facsimile:  305-865-7167
Email:  zabogado@aol.com
Served via CM/ECF